# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Jose Sauceda Cota,<br>a.k.a.: Manuel Sanchez,<br>a.k.a.: Juan Carlos Saucedo Cota,<br>(A087 455 616)<br>*Defendant* | Case No. 17-6386MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 4, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: SAUSA Ryan J. Goldstein for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

Complainant's signature
Steven T. Case,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 6, 2017

Judge's signature

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On October 4, 2017, Juan Jose Sauceda Cota, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 12, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On October 4, 2017, at or near Phoenix, in the District of Arizona, Juan Jose Sauceda Cota, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Steven T. Case, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 4, 2017, Juan Jose Sauceda Cota was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Sauceda Cota was examined by ICE Officer R. Lemme who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 4, 2017, Sauceda Cota was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Sauceda Cota was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Jose Sauceda Cota to be a citizen of Mexico and a previously deported criminal alien. Sauceda Cota was removed from the United States to Mexico at or near Nogales, Arizona, on or about March 12, 2014, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Sauceda Cota in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of

Homeland Security to return to the United States after his removal. Sauceda Cota's immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Juan Jose Sauceda Cota in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Sauceda Cota presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Sauceda Cota entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Sauceda Cota's immigration history was matched to him by electronic fingerprint comparison.

5. On October 4, 2017, Juan Jose Sauceda Cota was advised of his constitutional rights. Sauceda Cota freely and willingly acknowledged his rights and declined to make any further statements

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 4, 2017, Juan Jose Sauceda Cota, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about March 12, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on or about October 4, 2017, at or near Phoenix, in the District of Arizona, Juan Jose

Sauceda Cota, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Steven T. Case,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 6th day of October, 2017.

_____
David K. Duncan,
United States Magistrate Judge